

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LEONARD ROGOFF, Individually, and on Behalf of the Class,

                    Plaintiff,

vs.

TRANSAMERICA LIFE INSURANCE COMPANY, and Iowa Corporation; and DOES 1 through 10, Inclusive,

                    Defendants.

Case No.: 5:24-cv-01254-JGB-SP

**ORDER CONTINUING THE HEARING ON DEFENDANT'S MOTION TO REOPEN THE CASE AND ISSUE AN ORDER STAYING THE COURT'S DECEMBER 6, 2024 REMAND ORDER AND TO AMEND THE BRIEFING SCHEDULE**

**Complaint Filed**: May 8, 2024
**Trial Date**: None Set

On March 4, 2025, the parties by and through their counsel of record, filed a Stipulation to Continue the Hearing on Defendant Transamerica Life Insurance Company's ("Defendant") Motion to Reopen the Case and Issue an Order Staying the Court's December 6, 2024 Remand Order (Dkt. No. 33), and the related briefing schedule. The Court, having considered Plaintiff's Stipulation and finding good cause to approve it, hereby GRANTS the request as presented in the Stipulation and ORDERS as follows:

1.    The hearing on Defendant's Motion to Reopen the Case and Issue an Order Staying the Court's December 6, 2024 Remand Order is continued to April 14, 2025 at 9:00 a.m.

2.    As such, Plaintiff's deadline to file his opposition to Defendant's Motion to Reopen the Case is continued to March 24, 2025.

3.    Defendant's deadline to reply is continued to March 31, 2025.

IT IS SO ORDERED.

DATED: March 24, 2025

Hon. Jesus G. Bernal
U.S. District Court Judge

ORDER GRANTING CONTINUING HEARING ON DEFENDANT'S MOTION TO REOPEN THE CASE AND AMENDING THE BRIEFING SCHEDULE